P.O. Box 13553
WAUWATOSA, WI
53213

\* \* \*
CONFIDENTIAL \* \* \*

CLERK of COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT of WISCONSIN
517 EAST WISCONSIN AVENUE
Room 362
MILWAUKEE, WI
53202



$1.76
US POSTAGE
FIRST-CLASS
06251317017
53213
00003164

Case 2:21-cv-01153-PP   Filed 10/06/21   Page 1 of 1   Document 1-2