P.O. Box 13553
Wauwatosa, WI 53213



United States District Court
Eastern Division Rm 362 #
517 E. Wisconsin Ave.
Milwaukee, WI
53202

Does this go w/
21-CV-1153 - WED?

**RECEIVED OCT 25 2021** — U.S. District Court Wisconsin Eastern, Clerk of Court

* * * *
ATTN: ATTORNEY EYES ONLY!