

P.O. Box 13553
WAUWATOSA, WI 53213

CERTIFIED MAIL

7020 1810 0001 3287 2598

JUDGES
EYES !!!
ONLY !!!

MAGISTRATE JUDGE WILLIAM E DUFFIN
UNITED STATES COURTHOUSE
ROOM 250
517 EAST WISCONSIN AVE.
MILWAUKEE,     WI

53202$4512 C021          53202



PLACE STICKER AT
OF THE RETURN ADDRESS FOLD...

POSTAGE PAID
LETTER
WAUKEE, WI
...6
...01, 21
...UNT

$4.33

05P149831-06